454 A.2d 182

Minersville Safe Deposit Bank v. Tomalonis, et al.

Appeal of Shirley Madden.

Argued June 9, 1980. Stephen P. Edward, for appellant; James D. Watt, for Minersville, appellee; Joseph C. Tomalonis, Jr. and Veronica Tomalonis, appellees, in propria persona.

* SHERTZ, J., did not participate in the consideration or decision of this case.

Before BROSKY, CIRILLO and HOFFMAN, JJ.*
Affirmed.